

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00827-CV |
| Style: | Johnathon Dean |
| | **v.** Aurora Bank, FSB f/k/a Lehman Brothers Bank, FSB, and Nationstar Mortgage LLC |
| Date motion filed[*]: | November 12, 2015 |
| Type of motion: | First motion for extension of time to file brief |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated?     No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:        Current Due date:
     Date Requested:

Ordered that motion is:

☐       Granted

          If document is to be filed, document due:

          ☐     The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐       Denied

☒       **Dismissed (moot)**

☐       Other: _____

The Clerk of this Court has directed the district clerk to file a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(a)(1), (c)(1). Accordingly, appellant's motion is dismissed as moot. *See* TEX. R. APP. P. 38.6(a). **Appellant's brief is due to be filed within 30 days of the date the supplemental clerk's record is filed in this Court**. *See* TEX. R. APP. P. 38.6(a).

Judge's signature: /s/ Russell Lloyd
               ☑    Acting individually     ☐   Acting for the Court

Panel consists of   _____

Date: November 19, 2015